**Entered on Docket**
**November 13, 2009**

*Bruce A. Markell*

**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

**WILDE & ASSOCIATES**
Gregory L. Wilde. Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas. Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787
and
MARK S. BOSCO. ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
U.S. Bank National Association. successor in interest to the Federal Deposit Insurance Corporation as receiver for Downey Savings and Loan Association, F.A.
09-76639

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-09-22995-bam |
| Melecia M. Pedraza | Date:  11/3/09 |
| | Time: 1:30pm |
| | Chapter 13 |
| Debtor. | |

1

## ORDER VACATING AUTOMATIC STAY

2      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

3  above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

4  Secured Creditor U.S. Bank National Association, successor in interest to the Federal Deposit

5
6  Insurance Corporation as receiver for Downey Savings and Loan Association, F.A., its assignees and/or

7  successors in interest, of the subject property. generally described as 120 Macoby Run St., Las Vegas,

8  NV 89148.

9      IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give

10 Debtors and Trustee at least five business days' notice of the time. place and date of sale.

11 ///

12 ///

13 ///

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

1 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its

2 | secured Proof of Claim filed in this matter.

3 | DATED this 12th day of November, 2009.

4 | Submitted by:
   | WILDE & ASSOCIATES

5 |

6 |

   | By

7 | GREGORY L. WILDE, ESQ.
   | Attorney for Secured Creditor

8 | 208 South Jones Boulevard
   | Las Vegas, Nevada 89107

9 |

10 | APPROVED / DISAPPROVED

11 |

12 | Narrah F. Newark
    | 201 LAS VEGAS BLVD., S., #350

13 | Las Vegas, NV 89101
    | Attorney for Debtor(s)

14 |

15 | APPROVED / DISAPPROVED

16 |

17 | Rick A. Yarnall
    | 701 Bridger Avenue #820

18 | Las Vegas, NV 89101
    | Chapter 13 Trustee

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

1  ALTERNATIVE METHOD RE: LOCAL RULE 9021:
2  In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
   _____ The court waived the requirements of LR 9021.
3  _____ No parties appeared or filed written objections, and there is no trustee appointed in the case.
   __✗__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any
4         unrepresented parties who appeared at the hearing, and any trustee appointed in this case,
5         and each has approved or disapproved the order, or failed to respond, as indicated below
          (list each party and whether the party has approved, disapproved, or failed to respond to the
6         document):

7  (List Parties)
   Debtor's counsel:
8  _____ approved the form of this order                    _____ disapproved the form of this order
9
   _____ waived the right to review the order and/or    __✗__ failed to respond to the document
10
   _____ appeared at the hearing, waived the right to review the order
11
   _____ matter unopposed, did not appear at the hearing, waived the right to review the order
12
   Trustee:
13
14 _____ approved the form of this order                    _____ disapproved the form of this order
15 _____ waived the right to review the order and/or    _____ failed to respond to the document
16 Other Party:_____
17 _____ approved the form of this order                    _____ disapproved the form of this order
18 _____ waived the right to review the order and/or    __✗__ failed to respond to the document
19 Breach Order:
20 _____ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of
21        this proposed order were transmitted to Debtor's counsel and appointed trustee to which
22        they have not replied
23
24 Submitted by:
    /s/ Gregory L. Wilde, Esq.
25 Gregory L. Wilde, Esq.
   Attorney for Secured Creditor
26